IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JONATHAN LEE RICHES,

    Petitioner,        Civil No. 08-218-AA

    v.                      ORDER

DONALD EUGENE WEBB,

    Respondent.

AIKEN, District Judge.

    Petitioner filed a petition under 28 U.S.C. § 2241, but did not pay the $5 filing fee or file an application to proceed in forma pauperis.

    Petitioner alleges that he is "being denied half-way house (placement) with FCI Willamsburg in Saltes, S.C."

    Petitioner is advised that a federal prisoner challenging the execution of his or her sentence may file a petition for writ of habeas corpus under 28 U.S.C. § 2241 in **the district of confinement**."

    In this case, petitioner alleges he is confined at FCI

1 - ORDER

Williamsburg in Saltes, South Carolina.  Therefore, he should file his habeas claim challenging the denial of half-way house placement in the federal district court in South Carolina.

    This proceeding is dismissed without prejudice to petitioner's right to file his claim in the proper district.

    IT IS SO ORDERED.


    DATED this 10 day of March, 2008.

                          /S/ANN AIKEN
                          Ann Aiken
                          United States District Judge